# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| Keyanna Starling | Case No. 3:15-cv-00472-HES-MCR |
| Plaintiff, | Judge: Harvey E. Schlesinger |
| v. | Magistrate Judge: Monte C. Richardson |
| Stellar Recovery, Inc. | |
| Defendant. | **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT AND DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through Counsel, to notify the Court that the Defendant has Satisfied the Judgment in the present Case.

As such, and for Notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties

RESPECTFULLY SUBMITTED,


By:     /s/ H. Karen Gatto
     H. Karen Gatto, Esq.

*Of Counsel*
Hyslip & Taylor, LLC, LPA
Florida Bar No. 0190527
8270 Woodland Center Blvd.
Tampa, FL 33614
Phone: 800-675-5507
Email: Kgatto@gattolaw.com
Attorney for Plaintiff

Date: July 2, 2015

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I electronically filed the foregoing Notice.

Pursuant by agreement of the Parties, service of this filing will be made by Electronic Mail to:

Rachel Ommerman, Esq.
Berman & Rabin, PA
15280 Metcalf
Overland Park, KS 66223
rommerman@bermanrabin.com
*National Counsel for Defendant*

/s/ H. Karen Gatto