UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEYANNA STARLING,

    Plaintiff,

vs.                                                                        Case No. 3:15-cv-0472-HES-MCR

STELLAR RECOVERY, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's "Notice of Satisfaction of Judgment and Dismissal with Prejudice" (Doc. 8, filed July 2, 2015). Plaintiff dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 8th day of July, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Helene Karen Gatto, Esq.
Ernest H. Kohlmyer, III, Esq.